```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELISA M. PYLE,                      :
           Plaintiff                :
     v.                             : Case No. 3:06-cv-218-KRG-KAP
MICHAEL J. ASTRUE, COMMISSIONER     :
OF SOCIAL SECURITY,                 :
           Defendant                :
```

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 23, 2007, docket no. 14, recommending that the defendant's motion for summary judgment, docket no. 12, be granted, and that the plaintiff's motion for summary judgment, docket no. 8, be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

Upon review of the record of this matter and the Report and Recommendation, and noting the absence of timely objections thereto, the following order is entered:

AND NOW, this  15th  day of August, 2007, it is

ORDERED that defendant's motion for summary judgment, docket no. 12, is granted, and plaintiff's motion for summary judgment, docket no. 8, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record